IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:24CR206 |
| | § | Judge Mazzant |
| REBECCA SAMPLES (17) | § | |

## **INFORMATION**

THE UNITED STATES ATTORNEY CHARGES:

### **Count One**

Violation: 21 U.S.C. § 846 (Conspiracy
to Possess with the Intent to Manufacture
and Distribute Methamphetamine)

That from sometime in or about January 2020, and continuously thereafter up

to and including June 11, 2025, in the Eastern District of Texas and elsewhere,

**Rebecca Samples**, defendant, did knowingly and intentionally combine, conspire,

and agree with other persons known and unknown to the United States Attorney to

knowingly and intentionally possess with the intent to manufacture and distribute 50

grams or more of a mixture or substance containing a detectable amount of

methamphetamine or 5 grams or more of methamphetamine (actual), a violation of 21

U.S.C. § 841(a)(1).

In violation of 21 U.S.C. § 846.

**Information – Page 1**

Respectfully submitted,

JAY R. COMBS
ACTING UNITED STATES ATTORNEY

_____
HEATHER RATTAN
Assistant United States Attorney
101 E. Park Blvd., Suite 500
Plano, Texas 75074
(972) 509-1201
Heather.Rattan@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed via electronic filing to defense counsel on October 21, 2025.

_____
HEATHER RATTAN
Assistant United States Attorney

**Information – Page 2**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:24CR206 |
| | § | Judge Mazzant |
| REBECCA SAMPLES (17) | § | |

## NOTICE OF PENALITY

### Count One

Violation:              21 U.S.C. § 846

Penalty:               Imprisonment for not less than 5 years and not more than 40 years; a fine not to exceed $5 million, or both; supervised release of at least 4 years.

Special Assessment:      $100.00

**Information – Page 3**